CASE UNSEALED PER ORDER OF COURT

SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 1 1 2013

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>William Herron,<br><br>Defendant. | MAGISTRATE CASE NO.:<br><br>13MJ4491<br><br>COMPLAINT FOR VIOLATION OF:<br><br>U.S.C. § 2252(a)(2) –Distribution of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

On or about and between February 26, 2013 and July 7, 2013, within the Southern District of California, defendant William Herron, did knowingly distribute visual depictions, that is digital and computer images, using any means and facility of interstate and foreign commerce and that has been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Nathaniel Dingle
Special Agent
Federal Bureau of Investigation

Sworn to me and subscribed in my presence this 11th day of December, 2013

UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On February 26, 2013, an FBI Agent acting in an online undercover capacity connected to a file sharing program. Among the individuals connected was an individual using the online moniker "master_ped". The user was connected from IP address 108.204.86.102. Upon connecting to the user, the undercover agent was able to browse the associated files and identify multiple files that appeared to be child pornography.

The undercover agent was able to download 46 images and six (6) videos from the user. All of the files contained what appeared to be minors engaged in sexually explicit conduct. Three (3) of the files are further described as follows:

a. The file named "*!! NEW 11 yo lets man touch her great picture and sound.wmv*" is a video 3:49 (min/sec) in length that depicts an individual touching a prepubescent female's breasts and vagina.

b. The file named "*(Pthc) 6Yo Girl Kidnaped And Raped In Woods([Pedo] Fuckin Dad Takes His 8yo Daughter To The Woods And*

*Fuck).mpg*" is a video 28:28 (min/sec) in length that depicts an individual removing the clothes from a prepubescent female and then rubbing the girl's vagina. The video then shifts to an adult male sitting in the grass with a prepubescent female on his lap. The male pulls the female's panties to the side and rubs the girl's vagina. The male then penetrates the female with his erect penis.

c. The file named "- *Stephanie-pussyfuck.mpg*" is a video 1:05 (min/sec) in length that depicts a prepubescent female being penetrated by an adult male's erect penis.

Three (3) additional download sessions were completed with the suspect from other undercover personnel between February 25, 2013 and July 7, 2013.

An administrative subpoena was sent to AT&T Internet Services on February 26, 2013 requesting subscriber information for IP address 108.204.86.102. On March 11, 2013, AT&T Internet Services responded to the subpoena and identified the subscriber of IP address 108.204.86.102 as William Herron, 258 Alvarado St., Chula Vista, California 91910.

On July 23, 2013, surveillance was conducted outside the residence. During the surveillance, a mailbox was identified on the front of the residence that listed "258 Unit A". Beside the address was written the name "Herron".

On August 26, 2013, surveillance identified Herron entering a Cadillac Catera, Ohio license plate FXL8735. Herron proceeded to drive to his residence at 258 Alvarado Street, Chula Vista, California and parked in his garage. Herron checked the mailbox and then entered the residence.

A federal search warrant was executed on September 6, 2013, at 258 Alvarado Street, Unit A, Chula Vista, California. On the same date, Herron was interviewed on the 32nd Street Naval Base. Herron admitted to using peer-to-peer software and stated that his username was "master_ped". He admitted to

3

downloading child pornography, although he claimed it was unintentional while downloading other content.

A search of the residence resulted in the seizure of, among other things, four (4) laptop computers and (3) external hard drives. Forensic analysis of these devices revealed peer-to-peer software installed, as well as over 25,000 images of child pornography and over 800 videos containing child pornography. Additionally, there were approximately 8 images and videos of children engaged in sexual activity with animals, over 300 images of child pornography that included bondage, approximately 50 images of child pornography that included violence, and approximately 250 drawings and cartoon depictions of child pornography.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.

Nathaniel Dingle
Special Agent
Federal Bureau of Investigation